PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

**Nov 01, 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                    v.<br><br>ANDREW HALVORSEN,<br><br>                         Defendant. | CASE NO.   2:23-cr-0280 KJM<br><br>18 U.S.C. § 371 – Conspiracy to Transport Stolen Property Interstate |

I N F O R M A T I O N

The United States Attorney charges:

ANDREW HALVORSEN,

defendant herein, as follows:

INTRODUCTION

At all relevant times,

1.      ANDREW HALVORSEN lived in Livermore, California, and served as the Senior Director of Information Technology at Company 1. In that position, ANDREW HALVORSEN's duties included ordering Apple MacBooks for Company 1 employees.

2.      Co-conspirator 1 lived in Alamo, California.

3.      Company 1 was a cloud-based machine data analytics company located in Redwood City, California.

THE CONSPIRACY

4.      From in or about November 2019, and continuing through in or around May 2023, in the State and Eastern District of California and elsewhere, ANDREW HALVORSEN and Co-conspirator 1 knowingly and willfully combined, conspired, confederated, and agreed with each other and others known and unknown to the United States to commit certain offenses against the United States, that is, to transport, transmit, and transfer in interstate and foreign commerce goods, wares, and merchandise having a value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314.

MANNER AND MEANS

The manner and means by which ANDREW HALVORSEN, Co-conspirator 1, and others sought to accomplish the object of the conspiracy included, among others, the following:

5.      Through his position at Company 1, ANDREW HALVORSEN ordered Apple MacBooks that he falsely represented were for use by Company 1 employees when, in fact, he ordered the Apple MacBooks to steal and sell to others, including Co-conspirator 1.

6.      After ANDREW HALVORSEN stole the Apple MacBooks from Company 1, he contacted Co-conspirator 1 and offered to sell them to Co-conspirator 1.

7.      When ANDREW HALVORSEN contacted Co-conspirator 1 and offered to sell Co-conspirator 1 stolen Apple MacBooks, at times, he provided Co-conspirator 1 with the specifications of the Apple MacBooks.

8.      After purchasing the stolen MacBooks from ANDREW HALVORSEN, Co-conspirator 1 resold them to other buyers. The stolen MacBooks Co-conspirator 1 purchased from ANDREW HALVORSEN and sold to other buyers often were shipped to buyers located outside the State of California.

9.      In total, ANDREW HALVORSEN sold Co-conspirator 1 at least approximately 141 Apple MacBooks he stole from Company 1. The cost to Company 1 of those Apple MacBooks was approximately $535,800.

OVERT ACTS

In furtherance of the conspiracy, and to accomplish its object and purposes, at least one of the

conspirators committed or caused to be committed the following overt acts, among others:

10.     On or about April 24, 2023, ANDREW HALVORSEN sent a text message to Co-conspirator 1 offering to sell Co-conspirator 1 two Apple MacBooks.

11.     On or about April 26, 2023, ANDREW HALVORSEN sent a text message to Co-conspirator 1 offering to sell Co-conspirator 1 four Apple MacBooks.

12.     On or about May 5, 2023, ANDREW HALVORSEN sent a text message to Co-conspirator 1 offering to sell Co-conspirator 1 two Apple MacBooks.

13.     On or about May 12, 2023, ANDREW HALVORSEN sent a text message to Co-conspirator 1 offering to sell Co-conspirator 1 two Apple MacBooks.

All in violation of Title 18, United States Code, Section 371.


Dated: October 31, 2023                          PHILLIP A. TALBERT
                                                 United States Attorney

                                        By:     _____

                                                 MATTHEW THUESEN
                                                 Assistant United States Attorney

2:23-cr-0280 KJM

**United States v. Halvorsen**
**Penalties for Information**

**Defendant**
**ANDREW HALVORSEN**

**COUNT 1:**

VIOLATION:        18 U.S.C. § 371 – Conspiracy to transport stolen property interstate

PENALTIES:       Up to 5 years of imprisonment, or fine up to $250,000, or both;
                         Up to 3 years of supervised release;
                         Restitution

SPECIAL ASSESSMENT: $100 (mandatory on each count)